UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHERYL CLAIBORNE GREEN**                                   **CIVIL ACTION**

**VERSUS**                                                                        **NO. 15-1771**

**UNITED STATES ARMY CORPS**                       **SECTION "K"(3)**
**OF ENGINEERS, ET AL.**

## ORDER AND REASONS

Before the Court are Eutis Egineering Co., L.L.C.'s Rule 12(b)(6) Motions to Dismiss Plaintiff's Original and Amended Complaints for Failure to State a Claim and Based on Peremption, or Alternatively Motion for Summary Judgment Pursuant to Rule 12(d) and Rule 56 (Doc. 9) and Defendant United States Army Corps of Engineers' Motion to Dismiss (Doc. 13). No opposition to either of these motions has been timely filed. Thus, finding the motions unopposed and having reviewed the motions, memoranda and the relevant law, the Court finds merit therein. Accordingly,

**IT IS ORDERED** that Eutis Egineering Co., L.L.C.'s Rule 12(b)(6) Motions to Dismiss Plaintiff's Original and Amended Complaints for Failure to State a Claim and Based on Peremption, or Alternatively Motion for Summary Judgment Pursuant to Rule 12(d) and Rule 56 (Doc. 9) and Defendant United States Army Corps of Engineers' Motion to Dismiss (Doc. 13). are **GRANTED** dismissing the claims of plaintiff with prejudice.

New Orleans, Louisiana, this 17th day of September, 2015.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**