UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHERYL CLAIBORNE GREEN**                                              **CIVIL ACTION**

**VERSUS**                                                                              **NO. 15-1771**

**UNITED STATES ARMY CORPS**                                        **SECTION "K"(3)**
**OF ENGINEERS, ET AL.**

## ORDER AND REASONS

Before the Court is Defendant Modjeski and Masters, Inc.'s Motion for Summary Judgment Pursuant to FRCP Rule 56. (Doc. 18). No opposition to this motions has been timely filed. Thus, finding the motion unopposed and having reviewed the motion, memoranda and the relevant law, the Court finds merit therein. Accordingly,

**IT IS ORDERED** that Defendant Modjeski and Masters, Inc.'s Motion for Summary Judgment Pursuant to FRCP Rule 56 (Doc. 18). is **GRANTED** dismissing the claims of plaintiff with prejudice.

**IT IS FURTHER ORDERED** that with this dismissal, and the Court's previous Order and Reasons dismissing the United States Army Corps of Engineers and Eustis Engineering Co., L.L.C.'s (Doc. 14), judgment shall be entered in favor of the United States Army Corps of Engineers, Eustis Engineering Co., L.L.C. and Modjeski and Masters, Inc. and against Cheryl Claiborne Green entered dismissing plaintiff's claims with prejudice, each party to bear its/her own costs.

New Orleans, Louisiana, this 17th day of November, 2015.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE